GARY J. SMITH (S.B. #141393)
gsmith@bdlaw.com
JACOB P. DUGINSKI (S.B. #316091)
jduginski@bdlaw.com
BEVERIDGE & DIAMOND P.C.
456 Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 262-4000

JAMES B. SLAUGHTER (*pro hac vice* application forthcoming)
jslaughter@bdlaw.com
MEGAN L. MORGAN (*pro hac vice* application forthcoming)
mmorgan@bdlaw.com
BEVERIDGE & DIAMOND P.C.
1900 N Street, N.W., Suite 100
Washington, DC 20036
Telephone: (202) 789-6000

*Attorneys for Defendant Chiquita Canyon, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| STEVEN HOWSE, CHRISTIAN OLAGUEZ, SARAH OLAGUEZ, ELIZABETH LEAL-PEREZ, HOLLY KAUFMANN, AMY KNOLES, STEVEN LEE, CHRISTINA ORELLANA, GUILLERMO ORELLANA, FRAN CANTELLA, VINCENT CANTELLA, ROMEO WALTER CENTENO, AMBER ENZEN, WENDY DAVILA, SUSAN M. EVANS, LIONESS-SIA KAMARA, DARYL KRATZ, TRACY SEQUEIRA, CARMEN GONZALEZ, GAVIN TATE, NATALIE TATE, PARKER TATE, THOMAS TATE, ALICIA HERNANDEZ, SUE HERNANDEZ, RON CUNNINGHAM, individually, and on behalf of other members of the general public similarly situated; | Case No. 2:23-cv-08380-MEMR-MAR<br><br>**PROOF OF SERVICE**<br><br>**(Los Angeles County Superior Court Case No.: 23STCV20524)**<br><br>Action Filed: August 25, 2023 |

Plaintiffs,

v.

CHIQUITA CANYON, LLC; WASTE CONNECTIONS OF CALIFORNIA, INC.; WASTE CONNECTIONS MANAGEMENT SERVICES, INC.; WASTE CONNECTIONS US, INC.; LOS ANGELES COUNTY and DOES 1 through 50, Inclusive.

Defendants.

**PROOF OF SERVICE**

I, the undersigned, declare that I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Beveridge & Diamond, P.C., 456 Montgomery Street, Suite 1800, San Francisco, CA 94104-1251 and my email address is arivas@bdlaw.com.

On October 27, 2023, I served true copies of the following document(s)

**NOTICE OF CIVIL STANDING ORDER**

on the interested parties in this action as follows:

Oshea V Orchid
Dylan Hackett
Rahul Sethi
Shelby Miner
Vasili George Brasinikas
3415 South Sepulveda Boulevard Suite 660
Los Angeles, CA 90034
310-649-5300
Fax: 310-853-6945
Email: oshea@publicemployees.legal
dylanhackett@hackettfirm.com
rahulsethi@sethiworks.com
sminer@minerlegal.com
vasili@publicemployees.legal

*Attorneys For Plaintiffs, Steven Howse, et al.*

Mr. Dušan Pavlović
Senior Deputy County Counsel
Los Angeles County
Office of the County Counsel
Hall of Administration
500 West Temple St.
Los Angeles, CA 90012
Telephone: (213) 974-1951
Facsimile: (213) 687-7337
E-Mail: dpavlovic@counsel.lacounty.gov

*Attorney for County of Los Angeles*

The documents were served by the following means:

☑ **(BY ELECTRONIC FILING AND/OR SERVICE)** — I served a true copy, with all exhibits, electronically on designated recipients listed on the Proof of Service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 27, 2023, at San Francisco, California.

By:______________________________
Anita Rivas