# APPENDIX A

**Val Verde Plaintiffs**

1. Plaintiff Cesar Acosta is a resident of Val Verde, California.
2. Plaintiff Wendy A. Aguayo is a resident of Val Verde, California.
3. Plaintiff Elizabeth Aguirre is a resident of Val Verde, California.
4. Plaintiff Ivan Aguirre is a resident of Val Verde, California.
5. Plaintiff James Aguirre is a resident of Val Verde, California.
6. Plaintiff Tristan Aguirre is a resident of Val Verde, California.
7. Plaintiff Carmen Albanes is a resident of Val Verde, California.
8. Plaintiff Patricia Anguiano is a resident of Val Verde, California.
9. Plaintiff Teresa Anguiano is a resident of Val Verde, California.
10. Plaintiff Jose Anguiano Sr is a resident of Val Verde, California.
11. Plaintiff Leticia Avila is a resident of Val Verde, California.
12. Plaintiff Archie Banas is a resident of Val Verde, California.
13. Plaintiff Johanna Banas is a resident of Val Verde, California.
14. Plaintiff John Barnett is a resident of Val Verde, California.
15. Plaintiff Georgina Barragan is a resident of Val Verde, California.
16. Plaintiff Jeffrey E. Blanco is a resident of Val Verde, California.
17. Plaintiff Roy Butera is a resident of Val Verde, California.
18. Plaintiff Frank Cabral is a resident of Val Verde, California.
19. Plaintiff John M. Campbell is a resident of Val Verde, California.
20. Plaintiff Frances Elizabeth Cantella is a resident of Val Verde, California.
21. Plaintiff Vincent Cantella is a resident of Val Verde, California.
22. Plaintiff Maria Eloina Cardenas is a resident of Val Verde, California.
23. Plaintiff Romeo Walter Centeno is a resident of Val Verde, California.
24. Plaintiff Ellen Chambers is a resident of Val Verde, California.
25. Plaintiff R.J. Chambers is a resident of Val Verde, California.
26. Plaintiff Sage Chambers is a resident of Val Verde, California.
27. Plaintiff John Chappell is a resident of Val Verde, California.

28. Plaintiff Angela Chavez is a resident of Val Verde, California.

29. Plaintiff Jacob Cleland is a resident of Val Verde, California.

30. Plaintiff Sarah Cleland is a resident of Val Verde, California.

31. Plaintiff Ron Cunningham is a resident of Val Verde, California.

32. Plaintiff Dave Detwiler is a resident of Val Verde, California.

33. Plaintiff Tangie Domrique is a resident of Val Verde, California.

34. Plaintiff Warren Doyle is a resident of Val Verde, California.

35. Plaintiff Stephanie A. Ebia is a resident of Val Verde, California.

36. Plaintiff David C. Erlenbach is a resident of Val Verde, California.

37. Plaintiff David S. Erlenbach is a resident of Val Verde, California.

38. Plaintiff Renee Erlenbach is a resident of Val Verde, California.

39. Plaintiff George Escobar is a resident of Val Verde, California.

40. Plaintiff Maria Escobar is a resident of Val Verde, California.

41. Plaintiff Martin Escobar is a resident of Val Verde, California.

42. Plaintiff Jennifer Fields is a resident of Val Verde, California.

43. Plaintiff Jeffrey Fisher is a resident of Val Verde, California.

44. Plaintiff Perri Fisher is a resident of Val Verde, California.

45. Plaintiff Meghan Frank is a resident of Val Verde, California.

46. Plaintiff Lorena Galicia is a resident of Val Verde, California.

47. Plaintiff Darlene Goldman is a resident of Val Verde, California.

48. Plaintiff Amelia Gonzalez is a resident of Val Verde, California.

49. Plaintiff Carmen Gonzalez is a resident of Val Verde, California.

50. Plaintiff Roberto Gonzalez is a resident of Val Verde, California.

51. Plaintiff Lon Goudey is a resident of Val Verde, California.

52. Plaintiff Meryl D. Goudey is a resident of Val Verde, California.

53. Plaintiff Carlie L. Gropp is a resident of Val Verde, California.

54. Plaintiff Kevin Gropp is a resident of Val Verde, California.

55. Plaintiff Kimberly A. Gropp is a resident of Val Verde, California.

56. Plaintiff Edgar Gudino is a resident of Val Verde, California.

57. Plaintiff Alexandrea Hernandez is a resident of Val Verde, California.

58. Plaintiff Alicia R. Hernandez is a resident of Val Verde, California.

59. Plaintiff Julia Hernandez is a resident of Val Verde, California.

60. Plaintiff Catherine Herrera is a resident of Val Verde, California.

61. Plaintiff Felicitas Herrera is a resident of Val Verde, California.

62. Plaintiff Gustavo A. Herrera is a resident of Val Verde, California.

63. Plaintiff Leonor N. Herrera is a resident of Val Verde, California.

64. Plaintiff Delia Herrera is a resident of Val Verde, California.

65. Plaintiff Candice Herrera is a resident of Val Verde, California.

66. Plaintiff Oscar Herrera is a resident of Val Verde, California.

67. Plaintiff Matthew Herrera is a resident of Val Verde, California.

68. Plaintiff Analise Howse is a resident of Val Verde, California.

69. Plaintiff Breawna Howse is a resident of Val Verde, California.

70. Plaintiff Steven Howse is a resident of Castaic, California.

71. Plaintiff Cruz G. Iniguez is a resident of Val Verde, California.

72. Plaintiff Robert Iniguez is a resident of Val Verde, California.

73. Plaintiff Rocio Jacobo is a resident of Val Verde, California.

74. Plaintiff Fernanda Jaramillo is a resident of Val Verde, California.

75. Plaintiff Lioness-Sia Kamara is a resident of Val Verde, California.

76. Plaintiff Amy Knoles is a resident of Val Verde, California.

77. Plaintiff Daryl L. Kratz is a resident of Val Verde, California.

78. Plaintiff Carolyn Lapointe is a resident of Val Verde, California.

79. Plaintiff Nicolas Lazzarini is a resident of Val Verde, California.

80. Plaintiff Elizabeth Leal-Perez is a resident of Val Verde, California.

81. Plaintiff Steven Montgomery Lee is a resident of Val Verde, California.

82. Plaintiff Janai Leeb is a resident of Val Verde, California.

83. Plaintiff Rachelle Lopez is a resident of Val Verde, California.

84. Plaintiff Robert Lopez is a resident of Val Verde, California.

85. Plaintiff America Lopez is a resident of Val Verde, California.

86. Plaintiff Veronica Magana is a resident of Val Verde, California.

87. Plaintiff Nicolas Maldonado is a resident of Val Verde, California.

88. Plaintiff Erin Macias is a resident of Val Verde, California.

89. Plaintiff Danny Mejia is a resident of Val Verde, California.

90. Plaintiff Elizabeth Melanson is a resident of Val Verde, California.

91. Plaintiff Wayne Melanson is a resident of Val Verde, California.

92. Plaintiff Ronald Middendorf is a resident of Val Verde, California.

93. Plaintiff Arturo Montes Calvario is a resident of Val Verde, California.

94. Plaintiff Sue M. Moore Hernandez is a resident of Val Verde, California.

95. Plaintiff Carla Mota is a resident of Val Verde, California.

96. Plaintiff Gloria Munoz is a resident of Val Verde, California.

97. Plaintiff Robert Mutolo-Detwiler is a resident of Val Verde, California.

98. Plaintiff Jean Myers is a resident of Val Verde, California.

99. Plaintiff Jacob Ogden is a resident of Val Verde, California.

100. Plaintiff Melodie Ogden is a resident of Val Verde, California.

101. Plaintiff Mark Ogden Sr is a resident of Val Verde, California.

102. Plaintiff Christian Olaguez is a resident of Val Verde, California.

103. Plaintiff Sarah Olaguez is a resident of Val Verde, California.

104. Plaintiff Christina C. Orellana is a resident of Val Verde, California.

105. Plaintiff Guillermo Orellana is a resident of Val Verde, California.

106. Plaintiff Gustavo Orozco is a resident of Val Verde, California.

107. Plaintiff Robin Orr is a resident of Val Verde, California.

108. Plaintiff Amber Orr-Elton is a resident of Val Verde, California.

109. Plaintiff Christopher Ortega is a resident of Val Verde, California.

110. Plaintiff Enrique Ortega is a resident of Val Verde, California.

111. Plaintiff Jonathan Ortega is a resident of Val Verde, California.

112. Plaintiff Karla Ortega is a resident of Val Verde, California.

113. Plaintiff Martha Ortega is a resident of Val Verde, California.

114. Plaintiff Chad Pearce is a resident of Val Verde, California.

115. Plaintiff Melissa Pearce is a resident of Val Verde, California.

116. Plaintiff Samantha Pearce is a resident of Val Verde, California.

117. Plaintiff Taylor E. Pearce is a resident of Val Verde, California.

118. Plaintiff Joel Perez is a resident of Val Verde, California.

119. Plaintiff Cesi Ramirez is a resident of Val Verde, California.

120. Plaintiff Juan Ramírez is a resident of Val Verde, California.

121. Plaintiff Cesar Rangel is a resident of Val Verde, California.

122. Plaintiff Maritza Rangel is a resident of Val Verde, California.

123. Plaintiff Maria Rico is a resident of Val Verde, California.

124. Plaintiff Ignacio Romero is a resident of Val Verde, California.

125. Plaintiff Lisa Romero is a resident of Val Verde, California.

126. Plaintiff Miguel Ruiz is a resident of Val Verde, California.

127. Plaintiff David Sage is a resident of Val Verde, California.

128. Plaintiff Jacqueline Saldana is a resident of Val Verde, California.

129. Plaintiff Dail Salzarulo is a resident of Val Verde, California.

130. Plaintiff Jorge Sanchez is a resident of Val Verde, California.

131. Plaintiff Nohemi Sanchez is a resident of Val Verde, California.

132. Plaintiff Jeffrey C. Selph is a resident of Val Verde, California.

133. Plaintiff Marisol Serrano is a resident of Val Verde, California.

134. Plaintiff Zachary Simpson is a resident of Val Verde, California.

135. Plaintiff Heather Skinner is a resident of Val Verde, California.

136. Plaintiff Kevan Smalley is a resident of Val Verde, California.

137. Plaintiff Salvador Sosa Jr. is a resident of Val Verde, California.

138. Plaintiff Marina Stratton is a resident of Val Verde, California.

139. Plaintiff Gavin M. Tate is a resident of Val Verde, California.

140. Plaintiff Natalie Tate is a resident of Val Verde, California.

141. Plaintiff Parker John Tate is a resident of Val Verde, California.

142. Plaintiff Thomas L. Tate is a resident of Val Verde, California.

143. Plaintiff William Tebo is a resident of Val Verde, California.

144. Plaintiff Sandra Torres is a resident of Val Verde, California.

145. Plaintiff Jose L. Valdivia is a resident of Val Verde, California.

146. Plaintiff Yasmina Valdivia is a resident of Val Verde, California.

147. Plaintiff Joani Vandoli is a resident of Val Verde, California.

148. Plaintiff Lorenzo Vargas is a resident of Val Verde, California.

149. Plaintiff Juan L. Villasana is a resident of Val Verde, California.

150. Plaintiff Armando G. Yoguez is a resident of Val Verde, California.

151. Plaintiff Delia Yoguez is a resident of Val Verde, California.

152. Plaintiff Victoria H. Yoguez is a resident of Val Verde, California.

153. Plaintiff Alexandra Yoguez is a resident of Val Verde, California.

154. Plaintiff Armando Herrera Yoguez is a resident of Val Verde, California.

155. Plaintiff Lillian Yokom is a resident of Val Verde, California.

156. Plaintiff James Zeutzius is a resident of Val Verde, California.

157. Plaintiff Juan Zialcita is a resident of Val Verde, California.

**Castaic Plaintiffs**

158. Plaintiff Gloria Aguirre is a resident of Castaic, California.

159. Plaintiff Andrew Airhart is a resident of Castaic, California.

160. Plaintiff Gina Airhart is a resident of Castaic, California.

161. Plaintiff Matthew Airhart is a resident of Castaic, California.

162. Plaintiff Clifford R. Airhart III is a resident of Castaic, California.

163. Plaintiff David L. Alaniz is a resident of Castaic, California.

164. Plaintiff Natalie Alcaras is a resident of Castaic, California.

165. Plaintiff David Alcaras is a resident of Castaic, California.

166. Plaintiff Priscila Aldana is a resident of Castaic, California.

167. Plaintiff Karen L. Allan is a resident of Castaic, California.

168. Plaintiff Erlinda Amantillo is a resident of Castaic, California.

169. Plaintiff Brian C. Andrew is a resident of Castaic, California.

170. Plaintiff Nicholle L. Andrew is a resident of Castaic, California.

171. Plaintiff David Anguiano is a resident of Castaic, California.

172. Plaintiff Jose Anguiano is a resident of Castaic, California.

173. Plaintiff Rosalie Anguiano is a resident of Castaic, California.

174. Plaintiff Bernardo Arabalo is a resident of Castaic, California.

175. Plaintiff Cheryl Arabalo is a resident of Castaic, California.

176. Plaintiff Raquel Arabalo is a resident of Castaic, California.

177. Plaintiff Michael Arditto is a resident of Castaic, California.

178. Plaintiff Rachel Argote is a resident of Castaic, California.

179. Plaintiff Leslie Argote is a resident of Castaic, California.

180. Plaintiff Bernard Arnold Jr. is a resident of Castaic, California.

181. Plaintiff Amanda Arredondo is a resident of Castaic, California.

182. Plaintiff Joshua Augino is a resident of Castaic, California.

183. Plaintiff Sandra Avila is a resident of Castaic, California.

184. Plaintiff Kurt Baker is a resident of Castaic, California.

185. Plaintiff Sandra Barlan is a resident of Castaic, California.

186. Plaintiff Joy Barnett is a resident of Castaic, California.

187. Plaintiff Adam Barnhart is a resident of Castaic, California.

188. Plaintiff Laura Barnhart is a resident of Castaic, California.

189. Plaintiff Alyson Baron is a resident of Castaic, California.

190. Plaintiff Robert Baron is a resident of Castaic, California.

191. Plaintiff Leticia Barragan is a resident of Castaic, California.

192. Plaintiff Joanna Denton Bartle is a resident of Castaic, California.

193. Plaintiff Tatyana Batrak is a resident of Castaic, California.

194. Plaintiff Lacey Belt is a resident of Castaic, California.

195. Plaintiff Cindi Bennett is a resident of Castaic, California.

196. Plaintiff Danielle Benson is a resident of Castaic, California.

197. Plaintiff Joseph Benton is a resident of Castaic, California.

198. Plaintiff Danette Bess is a resident of Castaic, California.

199. Plaintiff Daniel Beyer is a resident of Castaic, California.

200. Plaintiff Lisa Beyer is a resident of Castaic, California.

201. Plaintiff Debra Black is a resident of Castaic, California.

202. Plaintiff Colleen Blankenship is a resident of Castaic, California.

203. Plaintiff David Insley Blankenship is a resident of Castaic, California.

204. Plaintiff Nicole Bowden is a resident of Castaic, California.

205. Plaintiff Lori Braley is a resident of Castaic, California.

206. Plaintiff Randy Ray Braley is a resident of Castaic, California.

207. Plaintiff Loraine Brame is a resident of Castaic, California.

208. Plaintiff Shayna Brame is a resident of Castaic, California.

209. Plaintiff William Brandt is a resident of Castaic, California.

210. Plaintiff Randi Brees is a resident of Castaic, California.

211. Plaintiff Jaime Briano is a resident of Castaic, California.

212. Plaintiff Douglas Broers is a resident of Castaic, California.

213. Plaintiff Anita Brown is a resident of Castaic, California.

214. Plaintiff John Brown is a resident of Castaic, California.

215. Plaintiff Regina Brown is a resident of Castaic, California.

216. Plaintiff Stephene Buchanan is a resident of Castaic, California.

217. Plaintiff Lynda Buss is a resident of Castaic, California.

218. Plaintiff Nabwire Butali is a resident of Castaic, California.

219. Plaintiff Esmeralda Cabrera is a resident of Castaic, California.

220. Plaintiff Israel Cabrera is a resident of Castaic, California.

221. Plaintiff Luis Raúl Cabrera is a resident of Castaic, California.

222. Plaintiff Zachary Calame is a resident of Castaic, California.

223. Plaintiff Angel Caleb is a resident of Castaic, California.

224. Plaintiff Jeremiah Caleb is a resident of Castaic, California.

225. Plaintiff Brad Cameron is a resident of Castaic, California.

226. Plaintiff Kim Cameron is a resident of Castaic, California.

227. Plaintiff Pam Carnes is a resident of Castaic, California.

228. Plaintiff Doug Carnes is a resident of Castaic, California.

229. Plaintiff Jose Carranza is a resident of Castaic, California.

230. Plaintiff Savannah Carranza is a resident of Castaic, California.

231. Plaintiff Joe Casas is a resident of Castaic, California.

232. Plaintiff Lesly Castaneda is a resident of Castaic, California.

233. Plaintiff Geovanny Castro is a resident of Castaic, California.

234. Plaintiff Celina Cedillo is a resident of Castaic, California.

235. Plaintiff Gabriela Cervantes is a resident of Castaic, California.

236. Plaintiff Will Chambers is a resident of Castaic, California.

237. Plaintiff Elisabeth Chapetta is a resident of Castaic, California.

238. Plaintiff Leanne Chase is a resident of Castaic, California.

239. Plaintiff Arturo Chavez is a resident of Castaic, California.

240. Plaintiff Changhui Chiu is a resident of Castaic, California.

241. Plaintiff Rebecca Christiansen is a resident of Castaic, California.

242. Plaintiff Rebecca Fern Christiansen is a resident of Castaic, California.

243. Plaintiff Tyler Christiansen is a resident of Castaic, California.

244. Plaintiff Bianca Cioffi is a resident of Castaic, California.

245. Plaintiff Jennifer Clark is a resident of Castaic, California.

246. Plaintiff Elanit Cleary is a resident of Castaic, California.

247. Plaintiff Matthew Cleary is a resident of Castaic, California.

248. Plaintiff Donald Colletta is a resident of Castaic, California.

249. Plaintiff Susan Colletta is a resident of Castaic, California.

250. Plaintiff Armenouhi Comstock is a resident of Castaic, California.

251. Plaintiff Amy Conlan is a resident of Castaic, California.

252. Plaintiff Christina M. Consolo is a resident of Castaic, California.

253. Plaintiff Vincent Contarino is a resident of Castaic, California.

254. Plaintiff Liana Contreras is a resident of Castaic, California.

255. Plaintiff Mason Coombs is a resident of Castaic, California.

256. Plaintiff Gabriel Cornejo is a resident of Castaic, California.

257. Plaintiff Jerami Cruise is a resident of Castaic, California.

258. Plaintiff Tina Cruz is a resident of Castaic, California.

259. Plaintiff Blake Culhane is a resident of Castaic, California.

260. Plaintiff Gia Curcio is a resident of Castaic, California.

261. Plaintiff Gerald Curtis is a resident of Castaic, California.

262. Plaintiff Stephanie Dalire is a resident of Castaic, California.

263. Plaintiff Rick Davila is a resident of Castaic, California.

264. Plaintiff Wendy Davila is a resident of Castaic, California.

265. Plaintiff Frank de los Reyes is a resident of Castaic, California.

266. Plaintiff Kendal DeBellis is a resident of Castaic, California.

267. Plaintiff Margarita Dero-Walia is a resident of Castaic, California.

268. Plaintiff Abigail DeSesa is a resident of Castaic, California.

269. Plaintiff Chris DeSesa is a resident of Castaic, California.

270. Plaintiff Mark Desherlia is a resident of Castaic, California.

271. Plaintiff Christian Diaz is a resident of Castaic, California.

272. Plaintiff Daniel Diaz is a resident of Castaic, California.

273. Plaintiff Leticia Diaz is a resident of Castaic, California.

274. Plaintiff Richard DiGiovanni is a resident of Castaic, California.

275. Plaintiff Jeremiah Dockray is a resident of Castaic, California.

276. Plaintiff Janet Dominguez is a resident of Castaic, California.

277. Plaintiff Migdalia Dominguez is a resident of Castaic, California.

278. Plaintiff Selena Jill Domino is a resident of Castaic, California.

279. Plaintiff Gretchen M. Donnelly is a resident of Castaic, California.

280. Plaintiff Jesse Jonathan Donnelly is a resident of Castaic, California.

281. Plaintiff Nantette G. Donnelly is a resident of Castaic, California.

282. Plaintiff Meghan Dooling is a resident of Castaic, California.

283. Plaintiff Dwaine S. Driver is a resident of Castaic, California.

284. Plaintiff Sabrina Duncan is a resident of Castaic, California.

285. Plaintiff Jaymee Dyke is a resident of Castaic, California.

286. Plaintiff Justin Dyke is a resident of Castaic, California.

287. Plaintiff Jim Earley is a resident of Castaic, California.

288. Plaintiff Victoria Eccles is a resident of Castaic, California.

289. Plaintiff Elvira Salazar Egger is a resident of Castaic, California.

290. Plaintiff Jennifer Elkins is a resident of Castaic, California.

291. Plaintiff Randahl Elkins is a resident of Castaic, California.

292. Plaintiff Amber Enzen is a resident of Castaic, California.

293. Plaintiff Austin Enzen is a resident of Castaic, California.

294. Plaintiff Toni Erickson is a resident of Castaic, California.

295. Plaintiff Martha Estrada is a resident of Castaic, California.

296. Plaintiff Heather Evans is a resident of Castaic, California.

297. Plaintiff Susan M. Evans is a resident of Castaic, California.

298. Plaintiff Darryl Everts is a resident of Castaic, California.

299. Plaintiff Ivette Everts is a resident of Castaic, California.

300. Plaintiff Jake Everts is a resident of Castaic, California.

301. Plaintiff Christa Farrell is a resident of Castaic, California.

302. Plaintiff Desiree Farrell is a resident of Castaic, California.

303. Plaintiff Patrick Farrell is a resident of Castaic, California.

304. Plaintiff Tiffanie Ferrara is a resident of Castaic, California.

305. Plaintiff Deborah L. Feyerabend is a resident of Castaic, California.

306. Plaintiff Bradly Fields is a resident of Castaic, California.

307. Plaintiff Emily Fields is a resident of Castaic, California.

308. Plaintiff Wendy Fonseca is a resident of Castaic, California.

309. Plaintiff Jason R. Fontes is a resident of Castaic, California.

310. Plaintiff Tracy Ford is a resident of Castaic, California.

311. Plaintiff Gemma Fowler is a resident of Castaic, California.

312. Plaintiff Tim Fowler is a resident of Castaic, California.

313. Plaintiff Valerie Fox is a resident of Castaic, California.

314. Plaintiff Jose Franco is a resident of Castaic, California.

315. Plaintiff Chad Fredrickson is a resident of Castaic, California.

316. Plaintiff Natasha Fredrickson is a resident of Castaic, California.

317. Plaintiff Herman F. Frettlohr is a resident of Castaic, California.

318. Plaintiff Magdalena Frettlohr is a resident of Castaic, California.

319. Plaintiff Kathleen Fritz is a resident of Castaic, California.

320. Plaintiff Kerry Frohling is a resident of Castaic, California.

321. Plaintiff Thomas Frohling is a resident of Castaic, California.

322. Plaintiff Thomas O. Frohling is a resident of Castaic, California.

323. Plaintiff Tammy Lynn Frost is a resident of Castaic, California.

324. Plaintiff Delia Galvez is a resident of Castaic, California.

325. Plaintiff Alejandro Garcia is a resident of Castaic, California.

326. Plaintiff Arlene Marie Garcia is a resident of Castaic, California.

327. Plaintiff Ashlyn Garcia is a resident of Castaic, California.

328. Plaintiff Dan Garcia is a resident of Castaic, California.

329. Plaintiff Joseph Fonseca Garcia is a resident of Castaic, California.

330. Plaintiff Paul Garcia is a resident of Castaic, California.

331. Plaintiff Monique Abdelsayed Gibson is a resident of Castaic, California.

332. Plaintiff Guido A. Gil is a resident of Castaic, California.

333. Plaintiff Guido E. Gil is a resident of Castaic, California.

334. Plaintiff John T. Gilbert is a resident of Castaic, California.

335. Plaintiff Annette Ginsburg is a resident of Castaic, California.

336. Plaintiff Deanda Giovannelli is a resident of Castaic, California.

337. Plaintiff Michael E. Glasser is a resident of Castaic, California.

338. Plaintiff Erin Greene is a resident of Castaic, California.

339. Plaintiff Fernando Gudino is a resident of Castaic, California.

340. Plaintiff Anthony Guerrero is a resident of Castaic, California.

341. Plaintiff Josette Guidos is a resident of Castaic, California.

342. Plaintiff Luis Guidos is a resident of Castaic, California.

343. Plaintiff Agustin Gutierrez is a resident of Castaic, California.

344. Plaintiff Griselda Gutierrez is a resident of Castaic, California.

345. Plaintiff Carlos Guzman is a resident of Castaic, California.

346. Plaintiff Eloisa Guzman is a resident of Castaic, California.

347. Plaintiff Stacey Halvorsen is a resident of Castaic, California.

348. Plaintiff Cynthia Hamilton is a resident of Castaic, California.

349. Plaintiff Karen Hanna is a resident of Castaic, California.

350. Plaintiff Paul Hanna is a resident of Castaic, California.

351. Plaintiff Linet Haratunian is a resident of Castaic, California.

352. Plaintiff Eric Hardisty is a resident of Castaic, California.

353. Plaintiff Mouna Haroun is a resident of Castaic, California.

354. Plaintiff Angela Harris is a resident of Castaic, California.

355. Plaintiff James M. Harris is a resident of Castaic, California.

356. Plaintiff Cheryl Harrison is a resident of Castaic, California.

357. Plaintiff Karen Haskins is a resident of Castaic, California.

358. Plaintiff Karen Hebebrand is a resident of Castaic, California.

359. Plaintiff Bari Heiden is a resident of Castaic, California.

360. Plaintiff John Eric Heiden is a resident of Castaic, California.

361. Plaintiff Amber Hernandez is a resident of Castaic, California.

362. Plaintiff Jaime Hernandez is a resident of Castaic, California.

363. Plaintiff Josefina Hernandez is a resident of Castaic, California.

364. Plaintiff Josephine Hernandez is a resident of Castaic, California.

365. Plaintiff Rodrigo Hernandez is a resident of Castaic, California.

366. Plaintiff Elizabeth R. Herrara is a resident of Castaic, California.

367. Plaintiff Eric Rossana Herrera is a resident of Castaic, California.

368. Plaintiff Caris Abigail Herrera Estela is a resident of Castaic, California.

369. Plaintiff Michael J. Higgins is a resident of Castaic, California.

370. Plaintiff Chris Hitt is a resident of Castaic, California.

371. Plaintiff Deborah Holbrook is a resident of Castaic, California.

372. Plaintiff Ralph Holguin is a resident of Castaic, California.

373. Plaintiff Sandra Holguin is a resident of Castaic, California.

374. Plaintiff Drew K. Holland is a resident of Castaic, California.

375. Plaintiff Kyle Honda is a resident of Castaic, California.

376. Plaintiff Ashley Hooker is a resident of Castaic, California.

377. Plaintiff Brent Horn is a resident of Castaic, California.

378. Plaintiff Carmen M. Huezo is a resident of Castaic, California.

379. Plaintiff Carla Huffman is a resident of Castaic, California.

380. Plaintiff Timothy Huffman is a resident of Castaic, California.

381. Plaintiff Krista Hughlett is a resident of Castaic, California.

382. Plaintiff Stefanie Isham is a resident of Castaic, California.

383. Plaintiff Manmeet Issar is a resident of Castaic, California.

384. Plaintiff Ruth Jahn is a resident of Castaic, California.

385. Plaintiff Cynthia S. James is a resident of Castaic, California.

386. Plaintiff James E. James is a resident of Castaic, California.

387. Plaintiff Kellina James is a resident of Castaic, California.

388. Plaintiff Suzanne Marie James is a resident of Castaic, California.

389. Plaintiff Betsy C. Jansen is a resident of Castaic, California.

390. Plaintiff Richard R. Jansen is a resident of Castaic, California.

391. Plaintiff Adam Javier is a resident of Castaic, California.

392. Plaintiff Dennis Johns is a resident of Castaic, California.

393. Plaintiff Linda Johns is a resident of Castaic, California.

394. Plaintiff Jennifer Joyce is a resident of Castaic, California.

395. Plaintiff Barbara Kane is a resident of Castaic, California.

396. Plaintiff Leanna Kane is a resident of Castaic, California.

397. Plaintiff Rene Kars is a resident of Castaic, California.

398. Plaintiff Christian Kay is a resident of Castaic, California.

399. Plaintiff Jason Kay is a resident of Castaic, California.

400. Plaintiff Stephanie Kay is a resident of Castaic, California.

401. Plaintiff Kyle Kilroy is a resident of Castaic, California.

402. Plaintiff Kenneth Kirk is a resident of Castaic, California.

403. Plaintiff Alaura Koury is a resident of Castaic, California.

404. Plaintiff Harrison Koury is a resident of Castaic, California.

405. Plaintiff Patricia M. Kratzer is a resident of Castaic, California.

406. Plaintiff Richard Kratzer is a resident of Castaic, California.

407. Plaintiff Joseph Kroagman is a resident of Castaic, California.

408. Plaintiff Becca Ashley Kysar is a resident of Castaic, California.

409. Plaintiff Cinda Kysar is a resident of Castaic, California.

410. Plaintiff Emily Kysar is a resident of Castaic, California.

411. Plaintiff Maisie Anne Lacambra is a resident of Castaic, California.

412. Plaintiff Caila Lacerna is a resident of Castaic, California.

413. Plaintiff Evelyn Lam is a resident of Castaic, California.

414. Plaintiff Hung Lam is a resident of Castaic, California.

415. Plaintiff Carl Philippe Lapatrie-Greene is a resident of Castaic, California.

416. Plaintiff Marie Lapuz is a resident of Castaic, California.

417. Plaintiff Vern Lapuz is a resident of Castaic, California.

418. Plaintiff Jorge Lara is a resident of Castaic, California.

419. Plaintiff Xavier Lara is a resident of Castaic, California.

420. Plaintiff Erica E. Larsen is a resident of Castaic, California.

421. Plaintiff Andrew Lawrence is a resident of Castaic, California.

422. Plaintiff Erin Renee Lawrence is a resident of Castaic, California.

423. Plaintiff Lindsey Lee Merle is a resident of Castaic, California.

424. Plaintiff Scott Lenahan is a resident of Castaic, California.

425. Plaintiff Carlos Leon is a resident of Castaic, California.

426. Plaintiff Louis Leskowitz is a resident of Castaic, California.

427. Plaintiff Alicia LeValley is a resident of Castaic, California.

428. Plaintiff Jayson LeValley is a resident of Castaic, California.

429. Plaintiff Rod LeValley is a resident of Castaic, California.

430. Plaintiff James Liko is a resident of Castaic, California.

431. Plaintiff Zoily Liko is a resident of Castaic, California.

432. Plaintiff Danielle Lincoln is a resident of Castaic, California.

433. Plaintiff Jill Lindkamp is a resident of Castaic, California.

434. Plaintiff Richard Lindkamp is a resident of Castaic, California.

435. Plaintiff Brian Lindsey is a resident of Castaic, California.

436. Plaintiff Jaclyn Lindsey is a resident of Castaic, California.

437. Plaintiff Amy Lombardo is a resident of Castaic, California.

438. Plaintiff Justin Lombardo is a resident of Castaic, California.

439. Plaintiff Doroteo A. Lopez is a resident of Castaic, California.

440. Plaintiff Sandra Lopez is a resident of Castaic, California.

441. Plaintiff Whitney Lowrey is a resident of Castaic, California.

442. Plaintiff Brett Lowrey is a resident of Castaic, California.

443. Plaintiff Elissa Luecke is a resident of Castaic, California.

444. Plaintiff Danica Lynch is a resident of Castaic, California.

445. Plaintiff Cody Lyon is a resident of Castaic, California.

446. Plaintiff Cecilia Machado is a resident of Castaic, California.

447. Plaintiff Leonard Machado is a resident of Castaic, California.

448. Plaintiff Lisa Machado is a resident of Castaic, California.

449. Plaintiff Grace Magnaye is a resident of Castaic, California.

450. Plaintiff Gracell Magnaye is a resident of Castaic, California.

451. Plaintiff Rendell Magnaye is a resident of Castaic, California.

452. Plaintiff Rodcoe Magnaye is a resident of Castaic, California.

453. Plaintiff Kevin Manning is a resident of Castaic, California.

454. Plaintiff Alexandrea Marin is a resident of Castaic, California.

455. Plaintiff Christian Marin is a resident of Castaic, California.

456. Plaintiff Crista Markman is a resident of Castaic, California.

457. Plaintiff Erica Martinson is a resident of Castaic, California.

458. Plaintiff Christian B. Martire is a resident of Castaic, California.

459. Plaintiff Sasha Mascarenas is a resident of Castaic, California.

460. Plaintiff Devon Mascarenas is a resident of Castaic, California.

461. Plaintiff Nathaniel D. Mayernik is a resident of Castaic, California.

462. Plaintiff Christopher Allen McCabe is a resident of Castaic, California.

463. Plaintiff Cynthia McCabe is a resident of Castaic, California.

464. Plaintiff Valerie V. McMahon is a resident of Castaic, California.

465. Plaintiff Maravilla Medina is a resident of Castaic, California.

466. Plaintiff Robert Melanson is a resident of Castaic, California.

467. Plaintiff Elliot Meskin is a resident of Castaic, California.

468. Plaintiff Megan Meskin is a resident of Castaic, California.

469. Plaintiff Helwan Meza is a resident of Castaic, California.

470. Plaintiff Jessica Meza is a resident of Castaic, California.

471. Plaintiff Yannick Minniti is a resident of Castaic, California.

472. Plaintiff Denise Miramontes is a resident of Castaic, California.

473. Plaintiff Lydia Mojarro is a resident of Castaic, California.

474. Plaintiff Martin Mojarro is a resident of Castaic, California.

475. Plaintiff Robert T. Montenegro is a resident of Castaic, California.

476. Plaintiff Zori Montenegro is a resident of Castaic, California.

477. Plaintiff Emmanuel Montilla is a resident of Castaic, California.

478. Plaintiff Sandra Montoya is a resident of Castaic, California.

479. Plaintiff Stephanie Montoya is a resident of Castaic, California.

480. Plaintiff Edward Moradian is a resident of Castaic, California.

481. Plaintiff Jennifer Morales is a resident of Castaic, California.

482. Plaintiff Susan Moreland-Sherman is a resident of Castaic, California.

483. Plaintiff Jennifer Moreno is a resident of Castaic, California.

484. Plaintiff Robert Moreno is a resident of Castaic, California.

485. Plaintiff Lisa Mortensen is a resident of Castaic, California.

486. Plaintiff John L. Mosser is a resident of Castaic, California.

487. Plaintiff Maribelle Mosser is a resident of Castaic, California.

488. Plaintiff Shelly L. Murad is a resident of Castaic, California.

489. Plaintiff Susan Natale is a resident of Castaic, California.

490. Plaintiff Carla Nonini is a resident of Castaic, California.

491. Plaintiff Emilio Novelo is a resident of Castaic, California.

492. Plaintiff Kisha Novelo is a resident of Castaic, California.

493. Plaintiff Maria H. Nunez-Lara is a resident of Castaic, California.

494. Plaintiff Dominica O'Donnell is a resident of Castaic, California.

495. Plaintiff Mark O'Donnell is a resident of Castaic, California.

496. Plaintiff Annika Oebel is a resident of Castaic, California.

497. Plaintiff James B. Onthank is a resident of Castaic, California.

498. Plaintiff George Ordway is a resident of Castaic, California.

499. Plaintiff Maria Orozco is a resident of Castaic, California.

500. Plaintiff Luis Ortiz is a resident of Castaic, California.

501. Plaintiff Troy O'Steen is a resident of Castaic, California.

502. Plaintiff Anthony Pagliaro is a resident of Castaic, California.

503. Plaintiff Michael Paresa Jr. is a resident of Castaic, California.

504. Plaintiff Gloria Parkes is a resident of Castaic, California.

505. Plaintiff Charles Parra is a resident of Castaic, California.

506. Plaintiff John Pelino is a resident of Castaic, California.

507. Plaintiff Kailee Pelino is a resident of Castaic, California.

508. Plaintiff Kaisee Pelino is a resident of Castaic, California.

509. Plaintiff Imelda Pena is a resident of Castaic, California.

510. Plaintiff Amanda Perez is a resident of Castaic, California.

511. Plaintiff Cesar Perez is a resident of Castaic, California.

512. Plaintiff Concepcion Perez is a resident of Castaic, California.

513. Plaintiff Leticia Perez is a resident of Castaic, California.

514. Plaintiff Matthew Perez is a resident of Castaic, California.

515. Plaintiff Natalie Perez is a resident of Castaic, California.

516. Plaintiff Penny Pfeiffer is a resident of Castaic, California.

517. Plaintiff Chelsey Phelan is a resident of Castaic, California.

518. Plaintiff Sandee Pierce is a resident of Castaic, California.

519. Plaintiff David Pilcher is a resident of Castaic, California.

520. Plaintiff Jacqueline Pilcher is a resident of Castaic, California.

521. Plaintiff John Pile is a resident of Castaic, California.

522. Plaintiff Thomas R. Plante is a resident of Castaic, California.

523. Plaintiff Yolanda Pluma is a resident of Castaic, California.

524. Plaintiff Michael D. Pollard is a resident of Castaic, California.

525. Plaintiff Brittany Pope is a resident of Castaic, California.

526. Plaintiff Russ Pope is a resident of Castaic, California.

527. Plaintiff German Quiroz is a resident of Castaic, California.

528. Plaintiff Lissette Ramirez is a resident of Castaic, California.

529. Plaintiff Priscilla Ramirez is a resident of Castaic, California.

530. Plaintiff Nadia Ramirez is a resident of Castaic, California.

531. Plaintiff Thomas Ramsey Jr. is a resident of Castaic, California.

532. Plaintiff Kevin Reagan is a resident of Castaic, California.

533. Plaintiff Veronica Regalado is a resident of Castaic, California.

534. Plaintiff Daniel Reichlin is a resident of Castaic, California.

535. Plaintiff Grace M. Reichlin is a resident of Castaic, California.

536. Plaintiff Ashlee Rellaford is a resident of Castaic, California.

537. Plaintiff Sean Renner is a resident of Castaic, California.

538. Plaintiff Gregory Resendez is a resident of Castaic, California.

539. Plaintiff Cynthia Beckham Rissler is a resident of Castaic, California.

540. Plaintiff Patrick A. Rissler is a resident of Castaic, California.

541. Plaintiff Shane Rissler is a resident of Castaic, California.

542. Plaintiff Hector E. Rodas is a resident of Castaic, California.

543. Plaintiff Jose Rodriguez is a resident of Castaic, California.

544. Plaintiff Martin Aldana Rodriguez is a resident of Castaic, California.

545. Plaintiff Anthony L. Rollins is a resident of Castaic, California.

546. Plaintiff Anthony Romero is a resident of Castaic, California.

547. Plaintiff Charlotte Romero is a resident of Castaic, California.

548. Plaintiff Emily Romero is a resident of Castaic, California.

549. Plaintiff Jesse Romero is a resident of Castaic, California.

550. Plaintiff Jesse Shane Romero is a resident of Castaic, California.

551. Plaintiff Michael Romero is a resident of Castaic, California.

552. Plaintiff Joan Ronia is a resident of Castaic, California.

553. Plaintiff Madelyn Ronia is a resident of Castaic, California.

554. Plaintiff Amelia Dela Rosa is a resident of Castaic, California.

555. Plaintiff Colleen Rosales is a resident of Castaic, California.

556. Plaintiff Jason Rosales is a resident of Castaic, California.

557. Plaintiff Corey Rowley is a resident of Castaic, California.

558. Plaintiff Ana Rubalcava is a resident of Castaic, California.

559. Plaintiff Manuel Rubio is a resident of Castaic, California.

560. Plaintiff Yvette Rubio is a resident of Castaic, California.

561. Plaintiff Linda Ruggiero is a resident of Castaic, California.

562. Plaintiff Patrick Ruiz is a resident of Castaic, California.

563. Plaintiff Stephanie Ruiz is a resident of Castaic, California.

564. Plaintiff Dana Russell is a resident of Castaic, California.

565. Plaintiff Desiree Russell is a resident of Castaic, California.

566. Plaintiff John Russell is a resident of Castaic, California.

567. Plaintiff Mary Saba is a resident of Castaic, California.

568. Plaintiff Manal Saba is a resident of Castaic, California.

569. Plaintiff Nadia Saba is a resident of Castaic, California.

570. Plaintiff Reem Saba is a resident of Castaic, California.

571. Plaintiff Danae Saco is a resident of Castaic, California.

572. Plaintiff Marc Salzarulo is a resident of Castaic, California.

573. Plaintiff Rolando Sanchez is a resident of Castaic, California.

574. Plaintiff Raul Santana is a resident of Castaic, California.

575. Plaintiff Lynet A. Santiago is a resident of Castaic, California.

576. Plaintiff Jennifer Sarkar is a resident of Castaic, California.

577. Plaintiff Robert V. Scutaro is a resident of Castaic, California.

578. Plaintiff Mason Selph is a resident of Castaic, California.

579. Plaintiff Juan Sequeira is a resident of Castaic, California.

580. Plaintiff Tracy Sequeira is a resident of Castaic, California.

581. Plaintiff Alejandra Serrano is a resident of Castaic, California.

582. Plaintiff Corrina Serrano is a resident of Castaic, California.

583. Plaintiff Danielle Serrano is a resident of Castaic, California.

584. Plaintiff Oseas Serrano is a resident of Castaic, California.

585. Plaintiff Valentina Settles is a resident of Castaic, California.

586. Plaintiff Ghazwan Shaheen is a resident of Castaic, California.

587. Plaintiff Maryrose Shaheen is a resident of Castaic, California.

588. Plaintiff Maya Shaheen is a resident of Castaic, California.

589. Plaintiff Rehab Shaheen is a resident of Castaic, California.

590. Plaintiff Hester Sheppard is a resident of Castaic, California.

591. Plaintiff Melanie Sheratte is a resident of Castaic, California.

592. Plaintiff Craig Sherman is a resident of Castaic, California.

593. Plaintiff Amanda Shushanyan is a resident of Castaic, California.

594. Plaintiff Serop Shushanyan is a resident of Castaic, California.

595. Plaintiff Jon P. Siglar is a resident of Castaic, California.

596. Plaintiff Esther Silva is a resident of Castaic, California.

597. Plaintiff Gregory Silvers is a resident of Castaic, California.

598. Plaintiff Karen Silvers is a resident of Castaic, California.

599. Plaintiff Steve Silverstein is a resident of Castaic, California.

600. Plaintiff Dean Sime is a resident of Castaic, California.

601. Plaintiff Vanessa Sime is a resident of Castaic, California.

602. Plaintiff Alexander Smith is a resident of Castaic, California.

603. Plaintiff Kelly Smith is a resident of Castaic, California.

604. Plaintiff Stefanie Smith is a resident of Castaic, California.

605. Plaintiff Stephen J. Smith is a resident of Castaic, California.

606. Plaintiff Tallula Sorst is a resident of Castaic, California.

607. Plaintiff David Stein is a resident of Castaic, California.

608. Plaintiff Nancy J. Stephenson is a resident of Castaic, California.

609. Plaintiff Bradley David Stockland is a resident of Castaic, California.

610. Plaintiff Sherry Faith Stockland is a resident of Castaic, California.

611. Plaintiff Heather Stone is a resident of Castaic, California.

612. Plaintiff John Stratton is a resident of Castaic, California.

613. Plaintiff Breanna Sweeney is a resident of Castaic, California.

614. Plaintiff Dale Sweeney is a resident of Castaic, California.

615. Plaintiff Eva Tafipolsky is a resident of Castaic, California.

616. Plaintiff Kathleen Talman is a resident of Castaic, California.

617. Plaintiff Kenny Pierce Tang is a resident of Castaic, California.

618. Plaintiff Justin Taylor is a resident of Castaic, California.

619. Plaintiff Benita Alison Thomas is a resident of Castaic, California.

620. Plaintiff Brian Thomas is a resident of Castaic, California.

621. Plaintiff Deanna Thomas is a resident of Castaic, California.

622. Plaintiff Daniel Thompson is a resident of Castaic, California.

623. Plaintiff Keith D. Thompson is a resident of Castaic, California.

624. Plaintiff Brenda Thompson is a resident of Castaic, California.

625. Plaintiff Derek Thompson is a resident of Castaic, California.

626. Plaintiff David H. Thomson is a resident of Castaic, California.

627. Plaintiff Dennis M. Thomson is a resident of Castaic, California.

628. Plaintiff Monica Thomson is a resident of Castaic, California.

629. Plaintiff Sandra Thomson is a resident of Castaic, California.

630. Plaintiff Paul Thomson is a resident of Castaic, California.

631. Plaintiff Fallon Toma is a resident of Castaic, California.

632. Plaintiff Edna Carolina Torres is a resident of Castaic, California.

633. Plaintiff Ivan Torres is a resident of Castaic, California.

634. Plaintiff Manuel Torres is a resident of Castaic, California.

635. Plaintiff Seth Tracy is a resident of Castaic, California.

636. Plaintiff Ann-Kathryn Tria is a resident of Castaic, California.

637. Plaintiff Destiny Trujillo is a resident of Castaic, California.

638. Plaintiff Kristine Trujillo is a resident of Castaic, California.

639. Plaintiff Maimoye Uku is a resident of Castaic, California.

640. Plaintiff Ryan Valencia is a resident of Castaic, California.

641. Plaintiff Stephanie Valencia-Sanchez is a resident of Castaic, California.

642. Plaintiff Cesar A. Valiente is a resident of Castaic, California.

643. Plaintiff Wanda Valiente is a resident of Castaic, California.

644. Plaintiff Nicole Vandoli is a resident of Castaic, California.

645. Plaintiff Erik Vang is a resident of Castaic, California.

646. Plaintiff Ana Vasquez is a resident of Castaic, California.

647. Plaintiff John Villano is a resident of Castaic, California.

648. Plaintiff Jasbir Walia is a resident of Castaic, California.

649. Plaintiff Cathrine L. Walther is a resident of Castaic, California.

650. Plaintiff Keegan Walther is a resident of Castaic, California.

651. Plaintiff Shawn Walther is a resident of Castaic, California.

652. Plaintiff Aaron Warner is a resident of Castaic, California.

653. Plaintiff Louise Michele Webb is a resident of Castaic, California.

654. Plaintiff Ambar Weber is a resident of Castaic, California.

655. Plaintiff RoxAnne Webber is a resident of Castaic, California.

656. Plaintiff Alise Westbrook is a resident of Castaic, California.

657. Plaintiff Eve Williams is a resident of Castaic, California.

658. Plaintiff George Christopher Williams is a resident of Castaic, California.

659. Plaintiff Shannon Williams is a resident of Castaic, California.

660. Plaintiff Charles Winzer is a resident of Castaic, California.

661. Plaintiff Sydney M. Winzer is a resident of Castaic, California.

662. Plaintiff Clarissa Yerkes is a resident of Castaic, California.

663. Plaintiff John Yerkes is a resident of Castaic, California.

664. Plaintiff Amanda Yoguez is a resident of Castaic, California.

665. Plaintiff Maria Zamora is a resident of Castaic, California.

666. Plaintiff Anna Zane is a resident of Castaic, California.

667. Plaintiff Anel Zhuaspayeva is a resident of Castaic, California.

668. Plaintiff Bianca Zialcita is a resident of Castaic, California.

669. Plaintiff Lilibeth Zialcita is a resident of Castaic, California.

670. Plaintiff Manuel Zialcita is a resident of Castaic, California.

671. Plaintiff Rosalia I. Zialcita is a resident of Castaic, California.

672. Plaintiff Janet Zimmerly is a resident of Castaic, California.

673. Plaintiff Carol E. Zovak is a resident of Castaic, California.

674. Plaintiff Douglas A. Zovak is a resident of Castaic, California.

**Santa Clarita Plaintiffs**

675. Plaintiff Heidi Akuin is a resident of Santa Clarita, California.

676. Plaintiff Dennis Akuin is a resident of Santa Clarita, California.

677. Plaintiff Yesenia Avila is a resident of Santa Clarita, California.

678. Plaintiff Dena Bogrow is a resident of Santa Clarita, California.

679. Plaintiff Roberta Constantine is a resident of Santa Clarita, California.

680. Plaintiff Melissa Flores is a resident of Santa Clarita, California.

681. Plaintiff Leif Franco-Soto is a resident of Santa Clarita, California.

682. Plaintiff Brian Gant is a resident of Santa Clarita, California.

683. Plaintiff Sharon Gant is a resident of Santa Clarita, California.

684. Plaintiff Alberto Gutierrez is a resident of Santa Clarita, California.

685. Plaintiff Leigh Anne Hayes is a resident of Santa Clarita, California.

686. Plaintiff Cynthia Hernandez is a resident of Santa Clarita, California.

687. Plaintiff Zahra Karimkhani is a resident of Newhall, Santa Clarita, California.

688. Plaintiff Holly Kaufmann Martinez is a resident of Santa Clarita, California.

689. Plaintiff Courtney Marie Kelly is a resident of Santa Clarita, California.

690. Plaintiff Lupe Medrano-Reyes is a resident of Santa Clarita, California.

691. Plaintiff Jaclyn Merchant is a resident of Santa Clarita, California.

692. Plaintiff Jacob Merle is a resident of Santa Clarita, California.

693. Plaintiff Danielle Nabholz-Perdue is a resident of Santa Clarita, California.

694. Plaintiff Eldon Perdue is a resident of Santa Clarita, California.

695. Plaintiff Matthew R. Phillipps is a resident of Santa Clarita, California.

696. Plaintiff Alanna Polcyn is a resident of Santa Clarita, California.

697. Plaintiff Kiya Ramsey is a resident of Santa Clarita, California.

698. Plaintiff Kaia Redfern is a resident of Santa Clarita, California.

699. Plaintiff John Reed is a resident of Santa Clarita, California.

700. Plaintiff Danielle Ripaldi is a resident of Santa Clarita, California.

701. Plaintiff Anthony Rosale is a resident of Santa Clarita, California.

702. Plaintiff Brandie Rothwell is a resident of Santa Clarita, California.

703. Plaintiff Christian Rothwell is a resident of Santa Clarita, California.

704. Plaintiff Aramis Saeednia is a resident of Newhall, Santa Clarita, California.

705. Plaintiff Mahrissa Santilli is a resident of Santa Clarita, California.

706. Plaintiff Edward B. Skade II is a resident of Santa Clarita, California.

707. Plaintiff Christian Thompson is a resident of Santa Clarita, California.

708. Plaintiff German Valencia is a resident of Santa Clarita, California.

**Stevenson Ranch Plaintiffs**

709. Plaintiff Mary Delgado is a resident of Stevenson Ranch, California.

710. Plaintiff Yeon SunChoi is a resident of Stevenson Ranch, California.

711. Plaintiff Dan Vaughn is a resident of Stevenson Ranch, California.

**Valencia Plaintiffs**

712. Plaintiff Trevor Caesar is a resident of Valencia, California.

713. Plaintiff Lauren Castro is a resident of Valencia, California.

714. Plaintiff Aglaya Crandles is a resident of Valencia, California.

715. Plaintiff Lucas Crandles is a resident of Valencia, California.

716. Plaintiff Anahid Dominguez is a resident of Valencia, California.

717. Plaintiff Steven Flynn is a resident of Valencia, California.

718. Plaintiff Saurabh B. Gandhi is a resident of Valencia, California.

719. Plaintiff Caitlyn Gleckman is a resident of Valencia, California.

720. Plaintiff Kenneth Kolb is a resident of Valencia, California.

721. Plaintiff Brianon Ludden is a resident of Valencia, California.

722. Plaintiff Peter Ludden is a resident of Valencia, California.

723. Plaintiff Christa John Pivovaroff is a resident of Valencia, California.

724. Plaintiff Isabella Ra-Flynn is a resident of Valencia, California.

725. Plaintiff Shelly Singh is a resident of Valencia, California.

726. Plaintiff Michelle Spiegel is a resident of Valencia, California.

727. Plaintiff Dylan Thomas is a resident of Valencia, California.

728. Plaintiff Claudio Tinnirello is a resident of Valencia, California.

729. Plaintiff Troy Woods Tinnirello is a resident of Valencia, California.

730. Plaintiff Charlotte Woods is a resident of Valencia, California.

731. Plaintiff Eric Ybanez is a resident of Valencia, California.